v.

**GMAC MORTGAGE, LLC, Appellee.**

No. 05–12–00626–CV.

Court of Appeals of Texas, Dallas.

Jan. 17, 2013.

■

**Darrius CUFFIE, Appellant,**

v.

**SECRETARY OF VETERAN AFFAIRS, Appellee.**

No. 05–12–00704–CV.

Court of Appeals of Texas, Dallas.

Jan. 17, 2013.

Erica Mahop, pro se.

Olga Panchenko, San Diego, CA, for appellee.

Before Justices MOSELEY, FRANCIS, and LANG.

Darrius Cuffie, pro se.

Joseph Vacek, Addison, TX, for appellee.

Before Justices BRIDGES, O'NEILL and MURPHY.

**OPINION**

Opinion by Justice O'NEILL.

Appellant's brief is overdue. By letter dated October 5, 2012, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief would result in dismissal of

this appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 38.8(a)(1); 42.3(b),(c).